**Order filed August 1, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00204-CV
_____

### CHARLES W. WHITE AND DONNA M. GREEN, Appellants

### V.

### CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND AFFILIATED CLAIMS SERVICE, INC., Appellees

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2010-59506**

## ORDER

Appellants' brief was due **June 21, 2013.** No brief or motion for extension of time has been filed.

Unless appellants submits their brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **August 29, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM